No. 05–630.   WEST ET UX. *v.* DYNCORP ET AL.   C. A. 11th Cir. Certiorari denied.

No. 05–664.   SHANNON *v.* NEWLAND, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 05–665.   MATELJAN ET AL. *v.* CALIFORNIA.   Ct. App. Cal., 4th App. Dist., Div. 1.   Certiorari denied.

No. 05–670.   CRAFT *v.* MORTON, WARDEN, ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 05–673.   KOZUB ET AL. *v.* CITY OF POMONA, CALIFORNIA. Ct. App. Cal., 2d App. Dist.   Certiorari denied.

No. 05–675.   MIEZIN ET UX. *v.* MIDWEST EXPRESS AIRLINES, INC., ET AL.   Ct. App. Wis.   Certiorari denied.

No. 05–678.   KANE ET AL. *v.* SULZER SETTLEMENT TRUST. C. A. 6th Cir.   Certiorari denied.

No. 05–684.   MAYO COLLABORATIVE SERVICES, INC. *v.* COMMIS- SIONER OF REVENUE OF MINNESOTA.   Sup. Ct. Minn.   Certiorari denied.

No. 05–685.   PURCELL, PERSONAL REPRESENTATIVE OF THE ESTATE OF PURCELL, DECEASED *v.* UNITED STATES ET AL.   C. A. 10th Cir.   Certiorari denied.

No. 05–687.   BRAATEN *v.* THOMPSON ET AL.   C. A. 11th Cir. Certiorari denied.

No. 05–692.   RENOBATO *v.* MERRILL LYNCH, PIERCE, FEN- NER & SMITH INC. ET AL.   C. A. 5th Cir.   Certiorari denied.

No. 05–693.   CRAIG ET UX. *v.* BASHEER & EDGEMOORE ET AL. Sup. Ct. Va.   Certiorari denied.

No. 05–694.   PRASOPRAT *v.* BENOV, WARDEN.   C. A. 9th Cir. Certiorari denied.

No. 05–695.   POWER STANDARDS LAB, INC. *v.* FEDERAL EX- PRESS CORP.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.